685 A.2d 999

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Brian BRAZIL, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 11, 1996.

## ORDER

PER CURIAM.

AND NOW, this 11th day of December, 1996, the Petition for Allowance of Appeal is hereby GRANTED but LIMITED to the following issue:

Did the Superior Court err in holding that the totality of the circumstances regarding petitioner's representation at trial obviated the waiver of counsel requirement of Pa. Rule of Crim. Pro. 318(d)?